UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**SEP 0 7 2010**

Clerk, U.S. District and
Bankruptcy Courts

KAREN F. LONG,                              )
                                            )
             Plaintiff,                      )
                                            )
       v.                                    )          Civil Action No.   lO - l5O3
                                            )
PATRICK E. McFARLAND,                        )
                                            )
             Defendant.                      )

## MEMORANDUM OPINION

For purposes of this Memorandum Opinion and Order, the Court consolidates four

separate complaints, each submitted with an application to proceed *in forma pauperis*. After

review of each complaint, the Court concludes that dismissal of all four complaints is warranted.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short

and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain

statement of the claim showing that the pleader is entitled to relief, and a demand for judgment

for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of

Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a

responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res*

*judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff's complaints fail to comply with the minimal requirements of Rule 8(a). Neither

the court nor the purported defendants can discern the nature or basis of plaintiff's claims, and

the defendants cannot prepare an adequate defense based on what the plaintiff has alleged. Nor

is the basis of the Court's jurisdiction clear. As drafted, the complaints fail to comply with Rule

8(a) , and, accordingly, the four consolidated complaints will be dismissed.

An Order consistent with this Memorandum Opinion will be issued separately on this same date.

Date: *August 30, 2010*

_____
United States District Judge